UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-01487-CJC(ANx)            Date: October 12, 2012

Title: ANTONIO RAZO V. CITY OF ORANGE, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS** [filed 9/13/12]

     On September 13, 2012, Defendant City of Orange ("the City") filed a motion to dismiss Plaintiff Antonio Razo's Complaint after removing the case from state court on September 6, 2012. (Dkt. Nos. 1 [Notice of Removal], 5 [Mot. to Dismiss].) The motion is scheduled for a hearing on October 22, 2012 at 1:30 p.m. Mr. Razo's opposition was due on October 1, 2012. *See* Local Rule 7-9. As of October 12, 2012, Ms. Razo has not yet filed an opposition, or any other papers related to this motion. Accordingly, the Court hereby ORDERS Mr. Razo to show cause why this case should not be dismissed for failure to prosecute, or in the alternative why the City's motion should not be granted based on his failure to timely file an opposition. Mr. Razo must file and serve a response to this order no later than October 19, 2012. The City shall have until October 26, 2012, to file a reply. The hearing on the City's motion to dismiss is hereby CONTINUED to November 5, 2012 at 1:30 p.m.

jmc

MINUTES FORM 11
CIVIL-GEN                                                            Initials of Deputy Clerk MU