1  DANIEL K. SPRADLIN - State Bar No. 82950
   dspradlin@wss-law.com
2  M. LOIS BOBAK - State Bar No. 127540
   lbobak@wss-law.com
3  JEANNE L. TOLLISON - State Bar No. 238970
   jtollison@wss-law.com
4  WOODRUFF, SPRADLIN & SMART, APC
   555 Anton Boulevard, Suite 1200
5  Costa Mesa, California 92626-7670
   Telephone: (714) 558-7000
6  Facsimile: (714) 835-7787

7  Attorneys for Defendants
   OFFICER D. LOCKRIDGE, as an employee of CITY OF ORANGE,
8  a public entity, OFFICER D. NORMAN, as an employee of CITY OF
   ORANGE, a public entity, OFFICER T. SOUTH, as an employee of
9  CITY OF ORANGE, and CITY OF ORANGE, a public entity,
   erroneously sued and served as CITY OF ORANGE POLICE
10 DEPARTMENT

Priority ✗
Send
Enter
Closed
JS-5/JS-6 ✗
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RAZO,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF ORANGE, CITY OF ORANGE POLICE DEPARTMENT, DOE CITY OF ORANGE POLICE OFFICERS IN BOTH PERSONAL AND OFFICIAL CAPACITIES, AND DOES 1 TO 30,<br><br>  Defendants. | CASE NO.: SACV12-1487 CJC (ANx)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

///
///
///
///
///
///
///

955085.1

1

IT IS HEREBY STIPULATED by and between the parties to the above-entitled matter through their designated counsel, that pursuant to the settlement of this matter, the action by Plaintiff ANTONIO RAZO herein be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure.

DATED: November 14, 2013  LAW OFFICES OF MAURO FIORE, JR., APC

By:/s/ MAURO FIORE, JR.
MAURO FIORE, JR.
Attorneys for Plaintiff
ANTONIO RAZO

DATED: November 15, 2013  WOODRUFF, SPRADLIN & SMART, APC

By:/s/ DANIEL K. SPRADLIN
DANIEL K. SPRADLIN
Attorneys for Defendants
OFFICER D. LOCKRIDGE, OFFICER D. NORMAN, OFFICER T. SOUTH, and CITY OF ORANGE, a public entity, erroneously sued and served as CITY OF ORANGE POLICE DEPARTMENT

IT IS SO ORDERED

DATED: November 18, 2013

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT

955085.1

2